IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                         )<br>                       Plaintiff,         )<br>                                                         )<br>          vs.                                          )<br>                                                         )<br>                                                         )<br>TYRISS PENN,                              )<br>                                                         )<br>                       Defendant.    ) | 8:15CR79<br><br>ORDER |

This matter is before the court on defendant's unopposed motion to continue trial [18] as counsel needs additional time to prepare for trial. The defendant has complied with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the motion to continue trial [18] is granted, as follows:

1. The jury trial now set for May 12, 2015 is continued to **June 30, 2015.**

2.     In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 30, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED May 6, 2015.**

                                                         BY THE COURT:


                                                         s/ F.A. Gossett
                                                         **United States Magistrate Judge**