IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

                    Plaintiffs,

          vs.

TYRISS PENN

                    Defendant.

**8:15CR76 AND 8:15CR79**


**ORDER TO WITHDRAW
EXHIBITS OR TO SHOW
CAUSE WHY EXHIBITS
SHOULD NOT BE DESTROYED**


        Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

        (Exhibit number 101) / Motion Hearing / June 3, 2015)

        If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.


        IT IS SO ORDERED.

        Dated this 3rd day of March, 2017.


                              BY THE COURT:

                              s/ Laurie Smith Camp
                              Chief United States District Judge